

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00250-CR

**GEORGE KRISTOPHER NEVILLE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2016-1624-C1**

# O R D E R

Appellant's Brief was originally due on February 11, 2019. Appellant requested and received an extension of time to March 13, 2019 to file his brief. The Court granted a second extension of time to April 12, 2019, and a third extension of time to April 26, 2019. Appellant has now filed a fourth request for an extension of time to file his brief.

Appellant's Fourth Motion to Extend Time to File Brief on the Merits is granted. Appellant's brief is due May 13, 2019.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Motion granted
Order issued and filed May 8, 2019

